IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STEPHANIE ALVAREZ, | § |
|  *Plaintiff,* | § § §  SA-22-CV-01275-ESC |
| vs. | § § |
| KILOLO KIJAKAZI, | § § |
|  *Defendant.* | § § |

# FINAL JUDGMENT

On this day, the Court vacated the Commissioner's decision finding Plaintiff not disabled and remanded for further proceedings. For the reasons set forth in the Court's memorandum opinion,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

SIGNED this 27th day of December, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE